**Anthony WASHINGTON, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

#### No. 94, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016

Decided: December 15, 2016

Court Below: Superior Court of the State of Delaware, No. 1412002092A

AFFIRMED.